

**Office of
Gary J. Meyers
Fund Administrator**

202·783·4884
Fax 202·393·6475

# ONE VOICE

Representing
Protective and Decorative
Coatings Applicators ·
allcoverers · Drywall Finishers
Painters · Decorators · Scenic
tists · Designers · Civil Service
Workers · Shipyard Workers ·
aintenance Workers · Building
Cleaners · Metal Polishers
letalizers · Public Employees ·
lerical Workers · Professional
mployees · Security Guards
· Safety Engineers · Bridge
iters · Riggers · Tank Painters,
arine Painters · Containment
Workers · Waterblasters ·
Vacuum Cleaners · Sign
Painters · Sign and Display
ers · Bill Posters · Convention
and Show Decorators and
Builders · Paint Makers ·
aziers · Architectural Metal
Glass Workers · Sandblasters
Lead Abatement Workers ·
loorlaying and Decorative
rings Workers · Journeyman
d Apprentice Commercial,
istrial, Highway, Residential
Construction Workers

# INE AGENDA

United Unions
Building
1750 New York
Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

ganizing Since 1887



---

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**

February 11, 2005

Ms. Dolores Dragotta                          Code: G-1886
Greenshire Painting Inc.                     LU #: 155
9 Greenshire Way
Walden, NY 12586

Dear Ms. Dragotta:

Your company, Greenshire Painting Inc. (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $104,399.45, and $1,654.80 in interest assessed through February 28, 2005 for the period of July 2004 through December 2004, for a total of $106,054.25.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1. The total principal amount as set forth above, and interest accruing, amortized at five (5%) percent per annum, must be paid in full no later than July 15, 2006.

2. The principal and interest shall be paid at the rate of $6,127.87 **(to be overnighted)** per month, for 18 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3. The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.



EXHIBIT 3

Greenshire Painting Inc.
February 11, 2005
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company</u> **must sign the agreement in the presence of a notary and return the original agreement by,** February 28, 2005, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a <u>**signed**</u> personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $6,127.87 must reach the Fund Office no later than, February 28, 2005 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*
Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: _Dolores A. Dragotta_
Authorized Representative

Printed Name of Authorized Representative: Dolores A. Dragotta
Title: Pres.
S.S.#: 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
Company Name: Greenshire Painting Inc.

Sworn and subscribed to before me on this 22nd Feb. day of, 2005.

_Susan M. Powles_
NOTARY PUBLIC

My commission expires March 30, 2006.

SUSAN M. POWLES
Notary ... New York
Qua... County
4757398
...mission expires March 30, 2006.

Greenshire Painting Inc.
February 11, 2005
Page Four

*handwritten:* G-1886 #155

*handwritten:* " J  12/04

# EXHIBIT A
## PROMISSORY NOTE

*handwritten:* Debbie (Daughter)
Dolores
845-566-0221
cell 914-755-0339

**NOTE:** All installment payments and remittance reports and contributions under this Promissory Note Agreement must be <u>overnighted</u> directly to:

IUPAT INDUSTRY PENSION FUND
1750 NEW YORK AVENUE, N.W., SUITE 501
WASHINGTON, DC 20006-5301

| Payment # | Amount Due | Current Reports, with Contributions Due | Date Due |
|---|---|---|---|
| 1. | $6,127.87 / $4,095.03 / $455.99 | January 2005 / January 2003 report shortages late charges | February 28, 2005 |
| 2. | $6,127.87 | February 2005 | March 15, 2005 |
| 3. | $6,127.87 | March 2005 | April 15, 2005 |
| 4. | $6,127.87 | April 2005 | May 15, 2005 |
| 5. | $6,127.87 | May 2005 | June 15, 2005 |
| 6. | $6,127.87 | June 2005 | July 15, 2005 |
| 7. | $6,127.87 | July 2005 | August 15, 2005 |
| 8. | $6,127.87 | August 2005 | September 15, 2005 |
| 9. | $6,127.87 | September 2005 | October 15, 2005 |
| 10. | $6,127.87 | October 2005 | November 15, 2005 |
| 11. | $6,127.87 | November 2005 | December 15, 2005 |
| 12. | $6,127.87 | December 2005 | January 15, 2006 |
| 13. | $6,127.87 | January 2006 | February 15, 2006 |
| 14. | $6,127.87 | February 2006 | March 15, 2006 |
| 15. | $6,127.87 | March 2006 | April 15, 2006 |
| 16. | $6,127.87 | April 2006 | May 15, 2006 |
| 17. | $6,127.87 | May 2006 | June 15, 2006 |
| 18. | $6,127.87 | June 2006 | July 15, 2006 |

\* Please remit a payment in the amount of $4,095.03 for the January 2003 report shortage and $455.99 for late charges along with your first installment payment of $6,127.87 by February 28, 2005.