Greenshire Painting Inc.
February 11, 2005
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, _Dolores A. Dragotta_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_9 Greenshire Way_
_Walden, N.Y. 12586_

2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _Dolores A. Dragotta_

Printed Name of Personal Guarantor: _Dolores A. Dragotta_

Home Address of Personal Guarantor: _9 Greenshire Way_
_Walden, N.Y. 12586_

Home Telephone Number of Personal Guarantor: _(845) 564-7449_

Cell Phone Number of Personal Guarantor: _(914) 755-0339_

Relationship of Personal Guarantor to the Company: _Pres._

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _22nd_ day of _Feb_, 200_5_.

_Susan M. Powles_
NOTARY PUBLIC

My commission expires _March 30, 2006_

SUSAN M. POWLES
Notary ... New York
Qu...
No. 4737398
... Expires March 30, _2006_

**EXHIBIT 4**