# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

International Painters and Allied Trades
Industry Pension Fund                    Civil No.: 1:05CV01743

vs

Greenshire Painting, Inc., et al.

SERVICE OF PROCESS ON: **Greenshire Painting, Inc.**

x  Thomas A. Nicolosi_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:     x September 19, 2005
Place of Service:    **9 Greenshire Way Walden, NY 12586**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
    Rosalie Hubych - Authorized Agent

Description of Person Receiving Documents: Male/Female   Skin Color – White
                                           Hair Color Brown   Age 45 Hgt 5'4" Wgt 105

Undersigned declares under penalty of perjury that the foregoing is true and correct

x_____       x 9/19/05
Signature of Server              Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106           215-922-6700