IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br>  ) <br> Plaintiff ) <br> v. ) <br>  ) <br> GREENSHIRE PAINTING, INC. ) <br> a/k/a Greenshire Painting Co., Inc., *et al* ) <br>  ) <br> Defendants ) | Civil Action No. <br> 05-01743 (RMU) |

REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Greenshire Painting, Inc. a/k/a Greenshire Painting Co., Inc., and Delores Dragotta for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/     Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for Plaintiff

Date: November 21, 2005
OF COUNSEL:
JESSICA L. TORTELLA
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

161543-1