IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> GREENSHIRE PAINTING, INC. ) <br> a/k/a Greenshire Painting Co., Inc., *et al* ) <br> ) <br> Defendants ) | Civil Action No. <br> 05-01743 (RMU) |

**DECLARATION OF SANFORD ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on the Defendants, Greenshire Painting, Inc. a/k/a Greenshire Painting Co., Inc., and Delores Dragotta ("Defendants"), by Thomas A. Nicolosi, Process Server, who served the Defendants at 9 Greenshire Way, Walden, NY 12586 on September 19, 2005. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

157458-1

5. Defendant Delores Dragotta is neither an infant nor an incompetent person.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/  Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: November 21, 2005

161453-1