IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> GREENSHIRE PAINTING, INC. ) <br> a/k/a Greenshire Painting Co., Inc., *et al* ) <br> ) <br> Defendants ) | Civil Action No. <br> 05-01743 (RMU) |

**DECLARATION OF NON-MILITARY SERVICE**

SANFORD G. ROSENTHAL, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Delores Dragotta, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

>I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
>s/    Sanford G. Rosenthal
>SANFORD G. ROSENTHAL, ESQUIRE

Date: November 21, 2005

157458-1