## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Greenshire Painting, Inc.
a/k/a Greenshire Painting Co., Inc.
9 Greenshire Way
Walden, NY 12586

and

Delores Dragotta
9 Greenshire Way
Walden, NY 12586

s/   Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: November 21, 2005

161453-1