Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

International Painters and Allied Trades
Industry Pension Fund

      Plaintiff(s)

V.

Civil Action No. 05-1743 RMU

Greenshire Painting, Inc.; and
Delores Dragotta

      Defendant(s)

RE: Greenshire Painting, Inc.; and
      Delores Dragotta

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 19, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of November, 2005 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Nicole M. Wilkens
Deputy Clerk