IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff | ) CIVIL ACTION NO. 05-1743(RMU) |
| v. | )<br>) |
| GREENSHIRE PAINTING, INC.<br>    a/k/a Greenshire Painting Co., Inc., *et al.* | )<br>)<br>) |
| Defendants | ) |

STIPULATION FOR ENTRY OF
CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

GREENSHIRE PAINTING, INC.
A/K/A GREENSHIRE PAINTING CO.
INC.

JENNINGS SIGMOND, P.C.

By: /s/ Sanford G. Rosenthal
Sanford G. Rosenthal
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
Telephone: (215) 351-0611
Facsimile: (215)922-3524
E-mail: jtortella@jslex.com
Attorneys for Plaintiff

By: [signature] Pres.
On Behalf of Greenshire Painting, Inc.
a/k/a Greenshire Painting Co. Inc.
9 Greenshire Way
Walden, NY 12586

Date: November 11, 2005

Date: Nov. 30, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION NO. 05-1743(RMU) |
| v. | ) ) | |
| GREENSHIRE PAINTING, INC. a/k/a Greenshire Painting Co., Inc., *et al.* | ) ) ) | |
| Defendants | ) | |

## CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Judgment, it is ORDERED.

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Greenshire Painting, Inc. a/k/a Greenshire Painting Co. Inc., et al. ("Defendants"), for unpaid contributions, liquidated damages, interest, and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $162,073.14 ("Judgment Amount") which includes:

| | | |
|---|---|---|
| (a) | Contributions | $ 102,590.75 |
| (b) | Balance of Defaulted Settlement Agreement | $ 22,652.61 |
| (c) | Liquidated Damages | $ 30,367.83 |
| (d) | Interest | $ 3,406.44 |
| (e) | Attorneys' Fees and Costs | $ 3,055.51 |

Interest shall accrue on the Judgment Amount at the rate of 6% per annum compounded daily from October 15, 2005 to the date of payment.

2.Defendants shall pay to the Pension Fund the principal sum of $131,705.31 ("Settlement Sum") plus interest amortized at 6% per annum compounded daily on the unpaid balance of the principal sum by an initial payment of $6,000.00 on December 1, 2005 followed by twenty-three successive monthly payments of $6,000.00 with the final payment of $2,282.41 due on November 1, 2007. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1.  The Settlement Sum consists of:

| | | |
|---|---|---|
| (a) | Contributions | $ 102,590.75 |
| (b) | Balance of Defaulted Settlement Agreement | $  22,652.61 |
| (c) | Interest | $    3,406.44 |
| (d) | Attorneys' Fees and Costs | $    3,055.51 |

3.Defendants, their owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Defendants are obligated to do so in accordance with the current and any future collective bargaining agreements to which Defendants are parties with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4.In the event Defendants fully and timely complies with the provisions of ¶2 of this Order and timely submits to the Pension Fund all remittance reports and contributions for hours worked or paid to its covered employees through and including November 2007, the Pension Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $30,367.83 ("Waiver Amount") in liquidated damages.

160942-1

Absent compliance, Defendants shall owe the Pension Fund the Waiver Amount plus interest calculated at the rate of 6% compounded daily from October 15, 2005 to the date of actual payment.

5. The Pension Fund is entitled to reimbursement from Defendants of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated:_____

_____
Ricardo M. Urbina
United States District Judge

Copies shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Greenshire Painting, Inc.
a/k/a Greenshire Painting Co. Inc.
9 Greenshire Way
Walden, NY 12586

160942-1