Greenshire Painting Payment Schedule

Compound Period ......... :  Daily

Nominal Annual Rate .... :  6.000 %

CASH FLOW DATA

| Event | | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 10/15/2005 | 131,705.31 | 1 | | |
| 2 | Payment | 12/01/2005 | 6,000.00 | 23 | Monthly | 10/01/2007 |
| 3 | Payment | 11/01/2007 | 2,282.41 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 10/15/2005 | | | | 131,705.31 |
| 1 | 12/01/2005 | 6,000.00 | 1,021.42 | 4,978.58 | 126,726.73 |
| 2005 Totals | | 6,000.00 | 1,021.42 | 4,978.58 | |
| 2 | 01/01/2006 | 6,000.00 | 647.38 | 5,352.62 | 121,374.11 |
| 3 | 02/01/2006 | 6,000.00 | 620.04 | 5,379.96 | 115,994.15 |
| 4 | 03/01/2006 | 6,000.00 | 535.08 | 5,464.92 | 110,529.23 |
| 5 | 04/01/2006 | 6,000.00 | 564.64 | 5,435.36 | 105,093.87 |
| 6 | 05/01/2006 | 6,000.00 | 519.51 | 5,480.49 | 99,613.38 |
| 7 | 06/01/2006 | 6,000.00 | 508.87 | 5,491.13 | 94,122.25 |
| 8 | 07/01/2006 | 6,000.00 | 465.27 | 5,534.73 | 88,587.52 |
| 9 | 08/01/2006 | 6,000.00 | 452.55 | 5,547.45 | 83,040.07 |
| 10 | 09/01/2006 | 6,000.00 | 424.21 | 5,575.79 | 77,464.28 |
| 11 | 10/01/2006 | 6,000.00 | 382.93 | 5,617.07 | 71,847.21 |
| 12 | 11/01/2006 | 6,000.00 | 367.03 | 5,632.97 | 66,214.24 |
| 13 | 12/01/2006 | 6,000.00 | 327.32 | 5,672.68 | 60,541.56 |
| 2006 Totals | | 72,000.00 | 5,814.83 | 66,185.17 | |
| 14 | 01/01/2007 | 6,000.00 | 309.28 | 5,690.72 | 54,850.84 |
| 15 | 02/01/2007 | 6,000.00 | 280.20 | 5,719.80 | 49,131.04 |
| 16 | 03/01/2007 | 6,000.00 | 226.64 | 5,773.36 | 43,357.68 |
| 17 | 04/01/2007 | 6,000.00 | 221.49 | 5,778.51 | 37,579.17 |
| 18 | 05/01/2007 | 6,000.00 | 185.76 | 5,814.24 | 31,764.93 |
| 19 | 06/01/2007 | 6,000.00 | 162.27 | 5,837.73 | 25,927.20 |
| 20 | 07/01/2007 | 6,000.00 | 128.17 | 5,871.83 | 20,055.37 |
| 21 | 08/01/2007 | 6,000.00 | 102.45 | 5,897.55 | 14,157.82 |
| 22 | 09/01/2007 | 6,000.00 | 72.32 | 5,927.68 | 8,230.14 |
| 23 | 10/01/2007 | 6,000.00 | 40.68 | 5,959.32 | 2,270.82 |
| 24 | 11/01/2007 | 2,282.41 | 11.59 | 2,270.82 | 0.00 |
| 2007 Totals | | 62,282.41 | 1,740.85 | 60,541.56 | |
| Grand Totals | | 140,282.41 | 8,577.10 | 131,705.31 | |


EXHIBIT

Greenshire Painting Payment Schedule

Last interest amount decreased by 0.01 due to rounding.