IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS<br>& ALLIED TRADES<br>INDUSTRY PENSION FUND, | : <br> : <br> : <br> : | |
| Plaintiff, | : | Civil Action No.: 05-1743   (RMU) |
| v. | : <br> : | Doc. No.: 6 |
| GREENSHIRE PAINTING, INC. *et al,* | : <br> : | |
| Defendants. | : | |

## ORDER

### GRANTING THE PARTIES' JOINT STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Judgment, and for good cause shown therein, it is this 6th day of December, 2005, hereby **ORDERED** that the parties' consent order and judgment is **GRANTED**. It is

**FURTHER ORDERED** that:

1. Judgment is entered in favor of the plaintiff, International Painters and Allied Trades Industry Pension Fund, and against the defendants, Greenshire Painting, Inc. a/k/a Greenshire Painting Co. Inc., et al., for unpaid contributions, liquidated damages, interest, and attorneys' fees and costs pursuant to 29 U.S.C. §§ 1132(g)(2), 1145 and 26 U.S.C. § 6621 in the amount of $162,073.14 ("Judgment Amount") which includes:

|     |     |     |
|-----|-----|-----|
| (a) | Contributions | $ 102,590.75 |
| (b) | Balance of Defaulted Settlement Agreement | $ 22,652.61 |
| (c) | Liquidated Damages | $ 30,367.83 |
| (d) | Interest | $ 3,406.44 |
| (e) | Attorneys' Fees and Costs | $ 3,055.51 |

Interest shall accrue on the Judgment Amount at the rate of 6% per annum compounded daily from October 15, 2005 to the date of payment.

    2.    The defendants shall pay to the plaintiff the principal sum of $131,705.31 ("Settlement Sum") plus interest amortized at 6% per annum compounded daily on the unpaid balance of the principal sum by an initial payment of $6,000.00 on December 1, 2005 followed by twenty-three successive monthly payments of $6,000.00 with the final payment of $2,282.41 due on November 1, 2007.  All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1.  The Settlement Sum consists of:

| | | |
|---|---|---|
| (a) | Contributions | $ 102,590.75 |
| (b) | Balance of Defaulted Settlement Agreement | $ 22,652.61 |
| (c) | Interest | $ 3,406.44 |
| (d) | Attorneys' Fees and Costs | $ 3,055.51 |

    3.    The defendants, their owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the plaintiff for all periods for which the defendants are obligated to do so in accordance with the current and any future collective bargaining agreements to which the defendants are parties with any local union(s) affiliated with the International Painters and Allied Trades Industry.

4.        In the event the defendants fully and timely comply with the provisions of ¶ 2 of this order and timely submit to the plaintiff all remittance reports and contributions for hours worked or paid to its covered employees through and including November 2007, the plaintiff shall accept the payments provided for in ¶ 2 in full settlement of the judgment entered by ¶ 1 above, waiving a total of $30,367.83 ("Waiver Amount") in liquidated damages.  Absent compliance, the defendants shall owe the plaintiff the Waiver Amount plus interest calculated at the rate of 6% compounded daily from October 15, 2005 to the date of actual payment.

5.        The plaintiff is entitled to reimbursement from the defendants of all attorneys' fees and costs it incurs to enforce this order and may apply to this court or to the court in which enforcement is sought for further reasonable attorneys' fees and costs.  See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F.2d. 807 (7th Cir. 1986).

6.        The Clerk of the Court may immediately certify this order for transfer upon the request of the plaintiff and payment of any required fee.

**SO ORDERED.**

                                                                          Ricardo M. Urbina
                                                                          United States District Judge